IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH KOHUT, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-1287 |
| § | |
| KBR, INC., *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER FOR APPOINTMENT OF LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

The motion of the Arkansas Public Employees Retirement System and the I.B.E.W. Local No. 58 Annuity Fund, the Electrical Workers Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan, the Electrical Workers' Insurance Fund, and the International Brotherhood of Electrical Workers Local Union No. 58 Sound and Communications Division Pension Fund (collectively, the "Institutional Investors") for appointment of Lead Plaintiff, and approval of selection of Lead Counsel for the Class, Docket Entry No. 17, is granted.

This Order applies to this action and to any case relating to the same subject matter that may be subsequently filed in this court or transferred to this court and consolidated or coordinated with this action.

A Master File is established for this proceeding under Case No. 14-cv-01287. All pleadings and files will be docketed under this case number in the Master File and note such filings on the Master Docket. The pleadings and filings will have the following caption:

| | |
|---|---|
| IN RE KBR, INC. SECURITIES LITIGATION | Case No. 14-cv-01287-LHR |

If a case that arises out of the same subject matter is later filed or transferred from another court, the clerk of this court will

A.  file a copy of this Order in the file for that action;

B.  mail a copy of this Order to the attorneys for the plaintiffs in the newly filed or transferred case, and to any new defendants in the newly-filed case; and

C.  make the appropriate entry in the Master Docket.

Each new case that arises out of the subject matter as this action will be consolidated with this action, and this Order will apply unless a party objects to consolidation or to any provision of this Order within 14 days after a copy of this Order is served on counsel for that party. Nothing in this Order waives the defendants' right to object to the consolidation of any subsequently filed or transferred related action.

The Institutional Investors are appointed to serve as Lead Plaintiff in the action pursuant to 15 U.S.C. § 78u-4(a)(3)(B). The Institutional Investors' selection of Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP as Lead Counsel for the Class is approved under 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel will have the authority to speak for all plaintiffs and class members in matters regarding the litigation. This includes, but is not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel will make work assignments so as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

Lead Counsel will have the following additional responsibilities:

A.  to brief and argue motions;

B.  to initiate and conduct discovery, including, but not limited to, coordinating discovery with defendants' counsel and preparing written interrogatories, requests for admissions, and requests

for production of documents;

    C.    to direct and coordinate the examination of witnesses in depositions;

    D.    to act as spokesperson at pretrial conferences;

    E.    to call and chair meetings of plaintiffs' counsel as appropriate;

    F.    to initiate and conduct settlement negotiations with defendants' counsel;

    G.    to generally coordinate the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel so as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    H.    to consult with and employ experts;

    I.    to receive and review periodic time reports to all attorneys on the plaintiffs' behalf to determine if the time is being spent appropriately and for the plaintiffs' benefit and to determine plaintiffs' attorneys' fees, subject to appropriate court oversight; and

    J.    to perform such other duties authorized by further order of this court.

SIGNED on September 8, 2014, at Houston, Texas.

                                          Lee H. Rosenthal
                                          United States District Judge